[S. F. No. 14596. In Bank.—January 27, 1933.]

EMILY L. BEAN et al., Appellants, v. ODD FELLOWS CEMETERY ASSOCIATION et al., Respondents.

George G. Olshausen and H. W. Hutton for Appellants.

A. W. Scott and Henry E. Monroe for Respondents.

THE COURT. — ■ This is an appeal by certain holders of lots in a cemetery from an order denying a preliminary injunction against abandoning the cemetery and removing the bodies interred therein. The issues are identical with those presented in the case of *Seale* v. *Masonic Cemetery Assn.*, (S. F. No. 14523) *ante*, p. 286 [18 Pac. (2d) 667], and on the authority of that case the order is affirmed.

Rehearing denied.